THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Clayton W. Carleton,       
Appellant,
 
 
 

v.

 
 
 
Willie Eagleton, Administrator, Evans Facility,       
Respondent.
 
 
 

Appeal From Marlboro County
J. Michael Baxley, Circuit Court Judge

Memorandum Opinion No. 2005-MO-016
Submitted May 3, 2005  Filed May 9, 2005

DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, S.C. Office of Appellate Defense, of Columbia, for Appellant.
David M. Tatarsky, Mary Davenport Anderson, and Kelli Gregg Maddox, all of S.C. Department of Corrections, for Respondent.
 
 
 

PER CURIAM:  Dismissed under Rule 220(b)(1), SCACR, after review pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsels motion to be relieved is granted.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.